IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00884-EWN-BNB

MARICELA CARBAJAL,

Plaintiff,

v.

LINCOLN BENEFIT LIFE COMPANY, a Nebraska company,

Defendant.
_____

## ORDER
_____

The parties appeared this morning for a preliminary pretrial conference. The proposed preliminary pretrial order was refused for reasons stated on the record.

IT IS ORDERED that a supplemental preliminary pretrial conference is set for **December 5, 2006, at 10:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit a revised proposed preliminary pretrial order, modified as discussed today, on or before **December 4, 2006**.

Dated November 16, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge