IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00884-EWN-BNB

MARICELA CARBAJAL,

Plaintiff,

v.

LINCOLN BENEFIT LIFE COMPANY, a Nebraska company,

Defendant.
_____

**ORDER**
_____

This matter arises in connection with the plaintiff's **Amended Complaint and Jury Demand** [Doc. # 50, received 12/7/2006] (the "Amended Complaint"). Rule 15(a), Fed. R. Civ. P., governs the amendment of complaints and provides in relevant part:

> A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served or, if the pleading is one to which nor responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires.

Here, the defendant has answered the initial complaint, see Doc. # 9, and the plaintiff has neither sought nor been granted leave to amend. Nor has the plaintiff submitted the defendant's written consent to amend.

IT IS ORDERED that the Amended Complaint is STRICKEN.

Dated December 11, 2006.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge