IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 06-cv-00884-EWN-BNB | Date: January 8, 2007 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| MARICELA CARBAJAL, | Gregory Gold |
| | David Olivas |
| Plaintiff, | |
| v. | |
| LINCOLN BENEFIT LIFE COMPANY, | Leanne DeVos |
| a Nebraska Company | |
| Defendant. | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:    3:33 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion to compel by plaintiff(12/8/06 #51) is TAKEN UNDER ADVISEMENT as stated on the record.

**ORDERED:** Motion to amend plaintiff's complaint and jury demand to add a claim of punitive damages by plaintiff(12/14/06 #56) is GRANTED as stated on the record. Revised amended complaint to be filed on or before January 19, 2007. Defendant to respond within 10 days of receipt of complaint.

Court in Recess    5:08 p.m.    Hearing concluded.

Total time in court:    01:35