IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00884-EWN-BNB

MARICELA CARBAJAL,

Plaintiff,

v.

LINCOLN BENEFIT LIFE COMPANY, a Nebraska company,

Defendant.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Amend Plaintiff's Complaint and Jury Demand to Add a Claim of Punitive Damages** [Doc. # 56, received 12/14/2006] (the "Motion to Amend"). I held a hearing on the Motion to Amend on January 8, 2007, and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED to allow the plaintiff to add factual allegations of willful and wanton misconduct and a request for exemplary damages in the prayer for relief. The Motion to Amend is DENIED in all other respects.

IT IS FURTHER ORDERED that the plaintiff shall file an amended complaint consistent with this order on or before **January 19, 2007**.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint within ten days of its receipt of the amended complaint.

IT IS FURTHER ORDERED that the parties shall file a motion to amend the schedule as a result of the amended complaint, if at all, on or before **January 26, 2007**.

Dated January 9, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge