IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–00884–EWN–BNB

MARICELA CARBAJAL,

    Plaintiff,

v.

LINCOLN BENEFIT LIFE COMPANY,
a Nebraska company,

    Defendant.

## ORDER

This matter is before the court on "Plaintiff Maricela Carbajal's Reply to Defendant Lincoln Benefit Life Company's Response in Opposition to Plaintiff's Motion for Partial Summary Judgment," filed January 18, 2007. (hereinafter "Pl.'s Br.")  Plaintiff's brief patently fails to comply with this court's practice standards.  Pursuant to this court's standards,

> [i]f the movant desires to file a reply brief, it will:
> a. In a separate section styled "Reply Concerning Undisputed Facts,"contain any factual reply which movant cares to make regarding the facts asserted in his motion to be undisputed, supported by specific references to material in the record. The reply will be made in separate paragraphs numbered according to his motion and the opposing party's response.

b. In a separate section styled "Response Concerning Disputed Facts" (with respect to each fact which the opposing party, . . . , claims to be in dispute), either admit that the fact is disputed or supply a brief factual explanation for his position that the fact is undisputed, accompanied by a

specific reference to material in the record which establishes that the fact is undisputed. This will be done in paragraphs numbered to correspond with the opposing party's paragraph numbering. (*See* Practice Standards — Civil, Special Instructions Concerning Motions for Summary Judgment ¶ 6.) Ignoring these standards entirely, Plaintiff replies by moving to strike Defendant's responses and then replying to Defendant's responses, often three or more per paragraph, in a ten-page narrative lacking numbered paragraphs. Plaintiff neither admits nor denies Defendant's responses and factual allegations, and generally avoids citation to the record. Accordingly, the court strikes Plaintiff's reply brief.

It would behoove Plaintiff to read the court's *Practice Standards — Civil, Special Instructions Concerning Motions for Summary Judgment* prior to resubmitting her brief. The court beseeches Plaintiff to pay particular attention to instructions in Paragraph (6) therein, which governs the presentation of factual assertions in a reply brief supporting a motion for summary judgment. (*See id.*) Further non-compliance with these procedures will not be tolerated.

Based on the foregoing, it is ordered that Plaintiff's reply brief in support of her motion for partial summary judgment is STRICKEN. Plaintiff shall have ten days to resubmit her reply.

Dated this 23rd day of March, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge