IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00884-EWN-BNB

MARICELA CARBAJAL,

Plaintiff,

v.

LINCOLN BENEFIT LIFE COMPANY, a Nebraska company,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the defendant's **Request for Leave to Respond to Plaintiff's Supplement to Motion to Compel** [Doc. # 97, filed 5/24/2007] is GRANTED.

DATED:  July 2, 2007