IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00884-EWN-KLM

MARICELA CARBAJAL,

      Plaintiff(s),

v.

LINCOLN BENEFIT LIFE COMPANY,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter comes before the Court on the parties' Joint Motion to Amend Scheduling Order and To Vacate Final Pretrial Conference (Docket No. **122**, Filed August 13, 2007) ("the motion").

      IT IS HEREBY **ORDERED** that the motion is **GRANTED** as to amendment of the Scheduling Order.

      IT IS FURTHER **ORDERED** that the scheduling order is amended as follows:

      Discovery cutoff is extended to **FEBRUARY 24, 2008.**

      Dispositive motion deadline is extended to **FEBRUARY 24, 2008.**

Dated:  August 27, 2007