# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

Civil Action No.: **06-cv-00884-EWN-KLM**       **FTR** - Reporter Deck - Courtroom A-501
Date:  **September 19, 2007**                   Courtroom Deputy,  Ellen E. Miller

---

MARICELA CARBAJAL,                              David A. Olivas
                                                Gregory A. Gold

      **Plaintiff(s),**

v.

LINCOLN BENEFIT LIFE COMPANY,                   Leanne B.  DeVos

      **Defendant(s).**

---

## COURTROOM   MINUTES  /  MINUTE   ORDER

---

**HEARING:  MOTIONS  HEARING**
**Court in Session:**      9:00 a.m.
Court calls case.     Appearance of counsel.

The Court raises Defendant's Motion for Magistrate Judge's Reconsideration of July 2, 2007 Order for argument.

Arguments by Mr. Olivas.
Arguments by Ms. DeVos.
Questions and comments by the Court.

**It is ORDERED:**       Defendant's  MOTION   FOR MAGISTRATE JUDGE'S RECONSIDERATION OF JULY 2, 2007 ORDER [Document **112,** Filed July 17, 2007] is **HELD IN ABEYANCE** pending further filings as directed by the Court.

**It is ORDERED:**       Defendant shall have to and including **SEPTEMBER 26, 2007** within which to file a Revised Supplemental Privilege Log consistent with the additions and clarifications as ordered from the bench.

**It is ORDERED:**       Plaintiff shall have to and including **OCTOBER 03, 2007** within which to file a Renewed Motion to Compel.

*06-cv-00884-EWN-KLM*
*Motions Hearing*
*September 19, 2007*


HEARING CONCLUDES.

**Court in recess:**   9:41 a.m.
Total In-Court Time:     00:41


To order a transcript of this hearing,   please contact   Avery Woods Reporting   (303)825-6119