IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-00884-RPM
(Consolidated with Civil Action No. 05-cv-00066-RPM
and Civil Action No. 06-cv-00608-RPM)

MARICELA CARBAJAL,

        Plaintiff,

v.

LINCOLN BENEFIT LIFE COMPANY,

        Defendant.

_____

ORDER VACATING ORDER OF AUGUST 20, 2008
_____

After consolidation of this civil action with Civil Actions 05-cv-00066 and 06-cv-00608 and after careful review, the Order and Memorandum Decision of August 20, 2008, by then Chief Judge Edward W. Nottingham granting the defendant's motion for partial summary judgment on plaintiff's bad faith breach of insurance contract claim is vacated pursuant to Fed.R.Civ.P. 54(b). The case will go forward to trial pursuant to the Order for Consolidation of October 10, 2008.

      DATED: November 10th, 2008

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge